**FILED**
April 19, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SAVONNAH JANEL HALEY, ) <br> ) <br> Defendant. ) | Case No. 2:12MJ00103-GGH-5 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  SAVONNAH JANEL HALEY , Case No. 2:12MJ00103-GGH-5 , Charge  21USC § 841(a)(1), 846 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __     Release on Personal Recognizance

    __     Bail Posted in the Sum of $__

        __     Unsecured Appearance Bond

        __     Appearance Bond with 10% Deposit

        __     Appearance Bond with Surety

        __     Corporate Surety Bail Bond

    ✔     (Other)        Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 19, 2012  at  2:00 pm .

By   /s/ Gregory G. Hollows
      Gregory G. Hollows
      United States Magistrate Judge

Copy 5 - Court